FILED
December 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002279408

**4**

Michelle G. Oleksa, #203891
Oleksa Law Office, P.C.
8939 N. Chestnut Avenue
Ste. 404
Fresno, CA 93720
Phone: 559-298-4759
Fax: 559-298-2206

Attorney for MICHAEL D. McGRANAHAN, Trustee

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>TIMOTHY JOHN BIERL,<br>Debtor.<br>SSN: XXX-XX-6497<br>835 S. Pleasant Ave.<br>Lodi, CA 95240 | Case No.: 09-33811-A-7<br>DC NO.: MGO-2<br>Chapter 7<br>Date: January 19, 2010<br>Time: 9:00 a.m.<br>Place: 501 I Street, 7th Fl.<br>Courtroom 28<br>Sacramento, CA 95814<br>Judge: Hon. Michael S. McManus |

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE

Michael D. McGranahan, Chapter 7 Trustee ("Trustee") of the Estate of TIMOTHY JOHN BIERL ("Debtor"), hereby respectfully requests authority to sell personal property of the Estate, as follows:

1. A Voluntary Petition was filed on July 2, 2009 as a Chapter 7 case. Trustee was duly appointed the Chapter 7 Trustee of the Estate of the Debtor on July 2, 2009.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

3. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N). This Motion is brought pursuant to 11 U.S.C. § 363(b), and Fed.R.Bankr.P. Rules 2002(a)(2) and 6004.

4. By this Motion, the moving party requests that the provisions of Fed.R.Bankr.P. Rule 6004(h) be waived so that the sale is not subjected to the fourteen day stay.

5. Among the assets of this Estate are the following investments:

- Fifty-six shares of Darden Restaurants, Inc. common stock ("DRI Shares"), which is publicly traded on the New York Stock Exchange ("NYSE") and has a current market value of about $32.00 per share. A copy of the stock certificate is being filed concurrently herewith as Exhibit "A," and is incorporated herein by reference.

- A ScotTrade Account (XXX73140) that consists of seven various stocks ("ScotTrade Account") with a combined market value of around $700.00. A copy of an account statement for July 2009 is being filed concurrently herewith as Exhibit "B," and is incorporated herein by reference.

- A 6.09% membership in Lodi Cellars and Buyers Club ("Lodi Membership"), valued at around $5,868.15. The stock is held by Wells Fargo Bank, N.A., the Administrator of the Club is Edward Jones, and the President of the Club is David Gates. A copy of an account statement for July 2009 is being filed concurrently herewith as Exhibit "C," and is incorporated herein by reference.

6. Trustee has arranged with Charles Schwab to sell the DRI Shares into the market through Mraz, Amerine & Associates Concert Wealth Management. Trustee seeks authority to pay the standard fees and sales commission to such firms, which will be approximately $20.00 to Charles Schwab and $250.00 to Mraz, Amerine & Associates Concert Wealth Management.

7. Trustee seeks authority to purchase a certificate replacement bond if necessary to sell the DRI Shares.

8. Trustee seeks an order directing the transfer agent involved to re-issue the shares of DRI in the name of the Estate as necessary, authorizing him to open an account and sell the DRI Shares, and authorizing that the proceeds shall be made payable to and sent to the Trustee.

9. As to the ScotTrade Account, Trustee seeks an order authorizing ScotTrade to sell all investments in Debtor's account and authorizing that the proceeds shall be made payable to and sent to the Trustee. Trustee seeks authority to pay the standard fees and sales commission to ScotTrade, which is $27.00 per security, or approximately $189.00.

10. As to the Lodi Membership, Trustee seeks an order directing the issuance of a new certificate in the name of the Estate as necessary, directing the President of the Club to sell the Lodi Membership with the proceeds made payable to and sent to the Trustee. Trustee seeks authority to pay the standard fees and sales commission incurred from the sale of the Lodi Membership, which is a 1% penalty and will lead to net proceeds of approximately $5,868.15.

11. Trustee has considered any tax implications of the sales, and has determined that there will be no adverse tax consequences from the sales of the personal property.

12. Trustee believes the sale price of the assets at issue as determined by the market value is fair and reasonable given the nature and use of the assets and the circumstances of this sale. Trustee believes that a sale as set forth herein is in the best interests of the Estate and its creditors.

13. Trustee believes that good business judgment supports the proposed sale.

WHEREFORE Trustee prays:

A. For an order authorizing the sale of DRI Shares into the market on the terms and conditions described above;

B. For an order authorizing the sale of Debtor's ScotTrade Account on the terms and conditions described above;

C. For an order authorizing the sale of the Lodi Membership on the terms and conditions described above;

D. For an order authorizing the payment of standard fees and sales commissions incurred as a result of the sale of the assets;

E. For an order authorizing Trustee to execute any and all documents reasonably necessary to effectuate the sale of the Personal Property;

F. For the fourteen day stay provision of Fed.R.Bankr.P. Rule 6004(h) to be waived; and

G. For such other and further relief as the Court deems just and proper.

DATED: ___December 7, 2009___  OLEKSA LAW OFFICE, P.C.

By:___/s/ Michelle G. Oleksa___
Michelle G. Oleksa,
Attorney for Trustee

TRUSTEE'S MOTION FOR
AUTHORITY TO SELL. . .    4