**4**
Kenneth Jorgensen #220889
**Kenneth Jorgensen Law, P.C.**
2440 W. Shaw Ave.
Ste. 114
Fresno, CA 93711
Phone: 559-449-1300
Fax: 559-226-4960

Attorney for MICHAEL D. McGRANAHAN, Trustee

THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY JOHN BIERL,<br><br>Debtor.<br><br>SSN: XXX-XX-6497<br>835 S. Pleasant Ave.<br>Lodi, CA 95240 | Case No.: 09-33811-A-7<br>DC NO.: KJL-2<br>Chapter 7<br>Date: June 7, 2010<br>Time: 9:00 a.m.<br>Place: 501 I Street, 7th Fl.<br>Courtroom 28<br>Sacramento, CA 95814<br>Judge: Hon. Michael S. McManus |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY ON PLEASANT AVENUE**

Michael D. McGranahan, Chapter 7 Trustee ("Trustee") of the Estate of TIMOTHY JOHN BIERL, ("Debtor"), hereby respectfully requests authority to sell real property of the Estate, as follows:

1. A Voluntary Petition was filed on July 2, 2009 as a Chapter 7 case. Trustee was duly appointed Chapter 7 Trustee of the Estate of the Debtor on July 2, 2009.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

3. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N). This Motion is brought pursuant to 11 U.S.C. §§ 363(b), and Fed.R.Bankr.P. Rules 2002(a)(2) and

6004.

4. By this Motion, the moving party requests that the provisions of Fed.R.Bankr.P. Rule 6004(g) be waived so that the sale is not subjected to the ten day stay.

5. Among the assets of this Estate is real property commonly known as 835 S. Pleasant Avenue in Lodi, California, 95240 ("Pleasant Avenue").

6. The legal description of Pleasant Avenue is as follows:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LODI, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
>
> Lot Eight (8), as shown upon that certain map entitled, TRACT NO. 27, KESSEL SUBDIVISION NO. 2, in the City of Lodi, according to the Official Map thereof filed for record in Volume 11 of Maps and Plats, at page 36, San Joaquin County Records.
>
> APN: 045-090-08

7. The sale proceeds will first be applied to closing costs, real estate commissions, prorated real property taxes and assessments, and any other customary costs associated with closing escrow, and then as set forth in the Preliminary Report by Chicago Title Company. The pertinent sections of the Preliminary Report are being filed concurrently herewith as Exhibit "A," and incorporated herein by reference.

8. The sale has been produced through the efforts of Real Estate Agent Robert Brazeal of PMZ REAL ESTATE, in Modesto, California. The total commission to be paid is six percent of the sales price.

9. An offer for the purchase of Pleasant Avenue has been received from Christopher D. Bedford ("Buyer"), for the gross sum of $155,000.00. An earnest money deposit of $5,000.00 was made by Buyers. The California Residential Purchase Agreement, with a Buyer's Inspection Advisory, Addendum No. 1, and Trustee's Addendum, is being filed concurrently herewith as Exhibit "B," and incorporated herein by reference.

10. The sale is subject to approval by the Bankruptcy Court.

11. Trustee has considered any tax implications of the sale, and has determined that there will be no adverse tax consequences from the sale of Pleasant Avenue.

12. Pleasant Avenue shall be sold "As-Is," as fully set forth in the Purchase Agreement. There are no contingencies to the offer, other than the routine rights provided under standard real estate purchase agreements.

13. The purchase price is fair and reasonable given the nature and use of the assets and the circumstances of this sale.

14. The Trustee believes that a sale of Pleasant Avenue is in the best interests of the Estate and its creditors. The trustee is informed and therefore believes that after the sale proceeds are applied to closing costs, real estate commissions, prorated real property taxes and assessments, and any other customary costs associated with closing escrow, and then applied as set forth in the Preliminary Report by Chicago Title Company the Estate will receive approximately $15,000.

15. The Trustee asserts that good business judgment supports the proposed sale.

WHEREFORE Trustee prays:

A. That the Court issue an order authorizing the sale of Pleasant Avenue, to Buyer, on the terms and conditions described above;

B. For an order authorizing the sale of Pleasant Avenue, with the sale proceeds to be applied first to any customary costs associated with closing Escrow, and then as set forth above, with such liens to attach to the net proceeds in order of priority;

C. For an order authorizing Trustee to execute any and all documents reasonably necessary to effectuate the sale of Pleasant Avenue;

D. For the ten day stay provision of Fed.R.Bankr.P. Rule 6004(g) to be waived; and; and

E. For such other and further relief as the Court deems just and proper.

///
///
///

DATED: May 17, 2010				Kenneth Jorgensen Law, P.C.


						By: /s/ Kenneth Jorgensen
						    Kenneth Jorgensen,
						    Attorney for Trustee